**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MARVIN E. MYERS,**

       **Plaintiff,**

   **vs.**

                                            **Civil Action 2:12-CV-255
Judge Graham
Magistrate Judge King**

**D. BLACKWELL,**

       **Defendant.**

## ORDER

Plaintiff, a state inmate who was granted leave to proceed *in forma pauperis*, has filed an amended complaint, *Amended Complaint*, Doc. No. 12, which joins nine (9) new defendants. Those newly joined defendants have not been served with process. Plaintiff recently filed a document that suggests that plaintiff intends to submit only one copy of the *Amended Complaint* for service on the nine newly joined defendants because they "are being represented by the Ohio Attorney General's Office." *Submission of Complaint to Be Serve[d] to Defendant[s]*, Doc. No. 14.

Each newly joined defendant must be separately served with process. Fed. R. Civ. P. 4. It is only after proper service of process that service of a filing on that party's attorney is sufficient. Fed. R. Civ. P. 5(b)(1).

Plaintiff is once again advised that he must provide a copy of the *Amended Complaint*, a summons and a Marshal service form for each defendant not yet served with process. His failure to timely effect

proper service of process on any defendant will result in the dismissal of his claims against that defendant.  *See* Fed. R. Civ. P. 4(m).

                                               s/Norah McCann King
                                                  Norah M$^c$Cann King
                                        United States Magistrate Judge

DATE: June 14, 2012